Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–32492–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kacey L. Kowalchuk
   1003 Washington Common
   Hillsborough, NJ 08844

Social Security No.:
   xxx–xx–5881

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 1, 2016.

On 4/25/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             April 8, 2020
Time:             10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 25, 2020
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-32492-MBK
Kacey L. Kowalchuk                                                              Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Feb 25, 2020
                             Form ID: 185              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db          +Kacey L. Kowalchuk,    1003 Washington Common,    Hillsborough, NJ 08844-4311
cr          +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
515881859   +Neal M. Ruben, Esq,    179 Avenue at the Common, Ste 201,    Shrewsbury, NJ 07702-4558
515882424   +Neal M. Ruben, Esquire,    179 Avenue at the Common,    Suite 201,    Shrewsbury, NJ 07702-4558
515881861   +Wells Fargo Bank,    P.O. Box 40039,    Roanoke, VA 24022-5039
515882426   +Wells Fargo Bank,    P.O. Box 40039,    Roanoke, VA 24022-5039
516062108    Wells Fargo Bank NA,    PO Box 14408,    Des Moines IA   50306-0438
516099107    Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
515881860    Williamsburg Square,    c/o Towne and Country Management,    P.O. Box 12500,
              Newark, NJ 07101-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 23:59:32    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 23:59:29    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: camanagement@mtb.com Feb 25 2020 23:58:55    Hudson City Savings Bank,
              West 80 Century Road,    Paramus, NJ 07652-1437
518574138    E-mail/Text: camanagement@mtb.com Feb 25 2020 23:58:55    M&T Bank,    P.O. Box 62182,
              Baltimore, MD 21264-2182
518574139    E-mail/Text: camanagement@mtb.com Feb 25 2020 23:58:55    M&T Bank,    P.O. Box 62182,
              Baltimore, MD 21264-2182,    M&T Bank,    P.O. Box 62182,    Baltimore, MD 21264-2182
515881858   +E-mail/Text: collectionbankruptcy@oceanfirst.com Feb 26 2020 00:00:00    Ocean First,
              975 Hooper Avenue,    Toms River, NJ 08753-8320
516105274   +E-mail/Text: collectionbankruptcy@oceanfirst.com Feb 26 2020 00:00:01    Ocean First Bank,
              975 Hooper Avenue,    Toms River, NJ 08753-8320
                                                                                        TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515882423*   +Ocean First,    975 Hooper Avenue,    Toms River, NJ 08753-8320
515882425*    Williamsburg Square,    c/o Towne and Country Management,    P.O. Box 12500,
              Newark, NJ 07101-3600
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald   on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Neal M. Ruben   on behalf of Creditor   Hudson City Savings Bank rubes13@aol.com
              Phillip Andrew Raymond   on behalf of Creditor   M&T Bank phillip.raymond@mccalla.com
              Stacey L. Mullen   on behalf of Debtor Kacey L. Kowalchuk slmullen@comcast.net
              William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                        TOTAL: 10