**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kacey L. Kowalchuk<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5881<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–32492–MBK | |

# Order of Discharge                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kacey L. Kowalchuk

<u>7/9/21</u>                                                         **By the court:** <u>Michael B. Kaplan</u>
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Kacey L. Kowalchuk  
    Debtor

Case No. 15-32492-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 2  
Date Rcvd: Jul 09, 2021     Form ID: 3180W     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kacey L. Kowalchuk, 1003 Washington Common, Hillsborough, NJ 08844-4311 |
| 515881859 | + | Neal M. Ruben, Esq, 179 Avenue at the Common, Ste 201, Shrewsbury, NJ 07702-4558 |
| 515882424 | + | Neal M. Ruben, Esquire, 179 Avenue at the Common, Suite 201, Shrewsbury, NJ 07702-4558 |
| 515881860 | | Williamsburg Square, c/o Towne and Country Management, P.O. Box 12500, Newark, NJ 07101-3600 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: camanagement@mtb.com | Jul 09 2021 20:29:00 | Hudson City Savings Bank, West 80 Century Road, Paramus, NJ 07652-1437 |
| cr | + | EDI: DRIV.COM | Jul 10 2021 00:23:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518574138 | | Email/Text: camanagement@mtb.com | Jul 09 2021 20:29:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 518574139 | | Email/Text: camanagement@mtb.com | Jul 09 2021 20:29:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182, M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 515881858 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Jul 09 2021 20:29:00 | Ocean First, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 516105274 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Jul 09 2021 20:29:00 | Ocean First Bank, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 515881861 | + | EDI: WFFC.COM | Jul 10 2021 00:23:00 | Wells Fargo Bank, P.O. Box 40039, Roanake, VA 24022-5039 |
| 515882426 | + | EDI: WFFC.COM | Jul 10 2021 00:23:00 | Wells Fargo Bank, P.O. Box 40039, Roanoke, VA 24022-5039 |
| 516062108 | | EDI: WFFC.COM | Jul 10 2021 00:23:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 516099107 | | EDI: WFFC.COM | Jul 10 2021 00:23:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515882423 | *+ | Ocean First, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 515882425 | * | Williamsburg Square, c/o Towne and Country Management, P.O. Box 12500, Newark, NJ 07101-3600 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Neal M. Ruben | on behalf of Creditor Hudson City Savings Bank rubes13@aol.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Stacey L. Mullen | on behalf of Debtor Kacey L. Kowalchuk slmullen@comcast.net |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 10